UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency



Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Joy C. Murl,

Debtor.

Case No.: 15-12253-CMG

Adv. No.:

Hearing Date: 10/12/2016 @ 9:00 a.m..

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 19, 2016**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Joy C. Murl
Case No: 15-12253-CMG
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing & Mortgage Finance Agency, Denise Carlon appearing, upon a certification of default as to real property located at 2 Jaffrey Way, Hamilton, NJ 08620, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Kevin Fayette, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 1, 2015 through October 1, 2016 plus a prior order balance of $3,952.74 for a total post-petition default of $18,446.12 (11 @ $1,317.58 plus prior balance of $3,952.74); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $3,500.00 to be received no later than October 31, 2016; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $14,946.12 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2016, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-12253-CMG
Joy C. Murl                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Oct 19, 2016
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db             +Joy C. Murl,    2 Jaffrey Way,    Hamilton, NJ 08620-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald    Quigley    on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com
                                                                                             TOTAL: 6