Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−12253−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joy C. Murl
   2 Jaffrey Way
   Hamilton, NJ 08620

Social Security No.:
   xxx−xx−8836

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 6, 2015.

On 11/1/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             December 21, 2016
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 2, 2016
JJW: gan

                                                        James J. Waldron
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-12253-CMG
Joy C. Murl                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Nov 02, 2016
                                Form ID: 185             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
```
db             +Joy C. Murl,    2 Jaffrey Way,    Hamilton, NJ 08620-1524
515558590       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515319965      +Cenlar,   P.O. Box 77404,    Ewing, NJ 08628-6404
515319966      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515319968      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,   Newtown, CT 06470-0837
515319969      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515319971      +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515319973       Matossian Eye Associates,    Two Capital Way,    Suite 326,    Pennington, NJ 08534-2521
515438427      +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
515319976      +RWJ Hamilton,    PO Box 48025,   Newark, NJ 07101-4825
515319977      +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 21:23:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 21:23:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515543965      +E-mail/Text: g20956@att.com Nov 02 2016 21:23:12     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
515335877       E-mail/Text: bankruptcy@cunj.org Nov 02 2016 21:23:06     Credit Union of New Jersey,
                 1301 Parkway Avenue,    Ewing, NJ  08628
515319967      +E-mail/Text: bankruptcy@cunj.org Nov 02 2016 21:23:06     Credit Union Of N J,    Po Box 7921,
                 Ewing, NJ 08628-0921
515319970      +E-mail/Text: bankruptcy@icsystem.com Nov 02 2016 21:23:12     IC Systems, Inc.,
                 444 Highway 96 East,    Saint Paul, MN 55127-2557
515319972      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2016 21:23:03     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
515319974       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 21:25:58
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541
515539222       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 21:25:51
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
515559613       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 21:26:04
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,    Norfolk VA 23541
515553795      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 02 2016 21:23:10     Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515319975      +E-mail/Text: Supportservices@receivablesperformance.com Nov 02 2016 21:23:14
                 Receivables Performanc,    20816 44th Ave W,   Lynnwood, WA 98036-7744
                                                                                              TOTAL: 12
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2016
                              Form ID: 185             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Donald   Quigley    on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com,
           donaldquigley.dq@gmail.com
          Joshua I. Goldman     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com
                                                                                                                 TOTAL: 6