**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | | |
|---|---|---|---|
| IN RE: | Joy C. Murl | Case No.: | 15-12253 |
| | | Judge: | |
| | Debtor(s) | Chapter: | 13 |

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                    ■ Modified/Notice Required         ■ Discharge Sought
☐ Motions Included      ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1:  Payment and Length of Plan |
|---|
| a. The Debtor shall pay **290.00 Monthly*** to the Chapter 13 Trustee, starting on **March 1, 2015** for approximately **60** months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>■  Future Earnings<br>■  Other sources of funding (describe source, amount and date when funds are available):**Boyfriend Contribution** |

1

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

    d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Kevin Fayette, Esquire KF1039** | **Attorney Fees** | 2,500.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Cenlar** | **2 Jaffrey Way Hamilton, NJ 08620**<br><br>**Purchased by Debtor in September, 2011 for $136,000.00 Property valued at $165,000.00 less 10% Cost of Sale= $148,500.00** | 26,281.36 | 0.00 | 26,281.36 | 1,260.00 |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____    Not less than $____ to be distributed *pro rata*

   ____    Not less than ___ percent

   __X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

| Part 6: Executory Contracts and Unexpired Leases |||
|---|---|---|
| All executory contracts and unexpired leases are rejected, except the following, which are assumed: |||
| Creditor | Nature of Contract or Lease | Treatment by Debtor |
| **-NONE-** | | |

| Part 7: Motions |
|---|
| **NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.** |

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
- ■ Upon Confirmation
- ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

4

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:

**\*This plan is a step plan or has lumpsum payments as follows: $290.00 per month for 20 months, then $730.00 per month for 40 months**

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **2/9/15**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Debtor resolved Mortgage Motion to Vacate Stay. Mortgage company allowed a post-petition arrearage amount of $14,946.12 to be paid through the Bankruptcy plan.** | **Debtor resolved Mortgage Motion to Vacate Stay. Mortgage company allowed a post-petition arrearage amount of $14,946.12 to be paid through the Bankruptcy plan.** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ■ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **October 27, 2016**    /s/ Kevin Fayette, Esquire
**Kevin Fayette, Esquire KF1039**
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    **October 27, 2016**    /s/ Joy C. Murl
**Joy C. Murl**
Debtor

Date:    _____
Joint Debtor

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 15-12253-CMG
Joy C. Murl                                                             Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2                   Date Rcvd: Nov 02, 2016
                               Form ID: pdf901               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db         +Joy C. Murl,    2 Jaffrey Way,    Hamilton, NJ 08620-1524
515558590   Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515319965  +Cenlar,    P.O. Box 77404,    Ewing, NJ 08628-6404
515319966  +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
515319968  +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
515319969  +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515319971  +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515319973   Matossian Eye Associates,    Two Capital Way,    Suite 326,    Pennington, NJ 08534-2521
515438427  +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
515319976  +RWJ Hamilton,    PO Box 48025,    Newark, NJ 07101-4825
515319977  +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 23:06:56      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 23:06:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515543965      +E-mail/Text: g20956@att.com Nov 02 2016 23:07:25     AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
515335877       E-mail/Text: bankruptcy@cunj.org Nov 02 2016 23:06:41      Credit Union of New Jersey,
               1301 Parkway Avenue,    Ewing, NJ    08628
515319967      +E-mail/Text: bankruptcy@cunj.org Nov 02 2016 23:06:41      Credit Union Of N J,    Po Box 7921,
               Ewing, NJ 08628-0921
515319970      +E-mail/Text: bankruptcy@icsystem.com Nov 02 2016 23:07:23      IC Systems, Inc.,
               444 Highway 96 East,    Saint Paul, MN 55127-2557
515319972      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2016 23:06:07      Kohls/capone,
               Po Box 3115,    Milwaukee, WI 53201-3115
515319974       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 23:03:32
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515539222       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 23:03:44
               Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
515559613       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2016 23:03:43
               Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515553795      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 02 2016 23:07:08      Premier Bankcard, Llc.,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515319975      +E-mail/Text: Supportservices@receivablesperformance.com Nov 02 2016 23:07:36
               Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

Case 15-12253-CMG    Doc 46    Filed 11/04/16    Entered 11/05/16 00:34:25    Desc Imaged
Certificate of Notice    Page 7 of 7

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2016
                              Form ID: pdf901          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Donald  Quigley   on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com, donaldquigley.dq@gmail.com
          Joshua I. Goldman   on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin C. Fayette   on behalf of Debtor Joy C. Murl lawoffices@quigleyfayette.com

                                                        TOTAL: 6